3:21-CV-00762-TAD-KDM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Provider Health Services L L C** was received by me on *(date)* April 27, 2021.

- I personally served the summons on **Provider Health Services L L C** at *(place)* 1509 Dulles Drive, Lafayette, LA 70504 on *(date)* 4/27/21 ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/27/21

*Server's signature*

Lori Benoit
*Printed name and title*

5110 Ambassador Caffery Pkwy.
Ste 200 Lafayette, LA 70508
*Server's address*

Additional information regarding attemped service, etc: