# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **NICKIE SPILLERS** | **CIV. ACTION NO. 3:21-00762** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA PHS, L.L.C., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 67] having been considered, together with the written objections [Doc. Nos. 68 and 69] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Collective Action Certification [Doc. No. 31] filed by Plaintiff Nickie Spillers is hereby **DENIED WITHOUT PREJUDICE.**

Monroe, Louisiana, this 25th day of May 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE