UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**NICKIE SPILLERS**                         **CASE NO. 3:21-CV-00762**

**VERSUS**                                  **JUDGE TERRY A. DOUGHTY**

**LOUISIANA P H S L L C ET AL**             **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss (styled "Joint Stipulation of Dismissal") [Doc. No. 75],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. All claims of Plaintiff against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, with each to bear its own costs.

MONROE, LOUISIANA, this 5th day of December, 2022.

_____
Terry A. Doughty
United States District Judge